UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID JORDAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-01171 ) |
| FB-EX, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to the Joint Stipulation of Dismissal (Doc. No. 30), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, and the Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE